IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRANCE HOLLIDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-01115 |
| DML COLONY PLACE LP, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 30, 2024, it is hereby **ORDERED** that all claims that were or could have been asserted by Plaintiff against Defendant, DML COLONY PLACE LP, be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on _May 30, 2024_.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

cc: Counsel of Record